In the Matter of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Liquidator of LEXINGTON SURETY AND INDEMNITY COMPANY. ·

SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, Appellant; PEOPLE OF THE STATE OF NEW YORK, Respondent.

Argued February 29, 1940; decided March 15, 1940.

*Irvin Waldman* and *Alfred C. Bennett* for appellant.

*Thomas E. Dewey,* District Attorney (*Stanley H. Fuld, Charles W. Manning* and *Charles C. Tillinghast, Jr.,* of counsel), for respondent.

Orders affirmed, without costs, and questions certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.